UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                  Criminal No. 23-mj-30263

Nickolas Patrick Hipps,

    Defendant
_____/

**MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT**

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                              Respectfully submitted,

                                              Dawn N. Ison
                                              United States Attorney

                                              *s/Nancy Abraham*
                                              Nancy A. Abraham, P420604
                                              Assistant United States Attorney
                                              600 Church Street
                                              Flint, MI 48502
                                              Nancy.abraham@usdoj.gov
                                              (810) 766-5177

Dated: July 5, 2023

**IT IS SO ORDERED.**

                                        <u>s/Curtis Ivy, Jr.</u>
                                        Curtis Ivy, Jr.
                                        United States Magistrate Judge

Entered:  July 5, 2023